JOHN L. BURRIS, ESQ., SBN 69888
BEN NISENBAUM, ESQ., SBN 222173
JAMES COOK, ESQ., SBN 300212
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
ben.nisenbaum@johnburrislaw.com
james.cook@johnburrislaw.com

*Attorneys for Plaintiff Stuart Briggs*

XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
KYMBERLY E. SPEER
Deputy Attorney General
State Bar No. 121703
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0985
  Fax: (510) 622-2270
  E-mail: Kymberly.Speer@doj.ca.gov

*Attorneys for Defendant Landon Matson*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| STUART BRIGGS,<br><br>                     Plaintiff,<br><br>v.<br><br>LANDON MATSON, INDIVIDUALLY AND IN HIS CAPACITY AS A CHP OFFICER, ET AL.,<br><br>                    Defendants. | 3:17-cv-04973-EMC<br><br>**JOINT ADMINISTRATIVE MOTION AND STIPULATION TO EXTEND TIME FOR EARLY NEUTRAL EVALUATION**<br><br>**Local Rule 7.11**<br><br>Courtroom: 5 - 17th Floor<br>Judge: The Honorable Edward M. Chen<br>Trial Date: March 4, 2019<br>Action Filed: August 25, 2017 |

Pursuant to Local Rule 7.11, Plaintiff Stuart Briggs and Defendant Landon Matson hereby stipulate and jointly request that the Court extend to **June 1, 2018** the time in which to hold an Early Neutral Evaluation (see Document 19.) The current 120-day deadline for ENE falls either on April 13, 2018 (if calculated from the date of assignment to ENE – *see* Document 19) or May 4, 2018 (if calculated from the date the ENE neutral, Randolph W. Hall, was appointed – *see* Document 21.)

There have not been any previous extensions of time for the ADR process.

The grounds for the motion are that, due to conflicts between the parties' calendars and those of their attorneys, the dates set for the parties' depositions are not until **May 14** (Plaintiff Briggs) and **May 16** (Defendant Matson.) Mr. Hall has confirmed that, pending a conflicts check, he is available for the ENE tentatively set for **May 25, 2018;** in an abundance of caution the parties respectfully request that the time period for ENE be extended to **June 1, 2018**.

So stipulated,

Dated: April 2, 2018                                     LAW OFFICES OF JOHN L. BURRIS

/s/ *James Cook*
JOHN L. BURRIS, ESQ.
BEN NISENBAUM, ESQ.
JAMES COOK, ESQ.
*Attorneys for Plaintiff Stuart Briggs*

Dated: April 2, 2018                                     XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

/s/ *Kymberly E. Speer*
KYMBERLY E. SPEER
Deputy Attorney General
*Attorneys for Defendants*

## ATTORNEY ATTESTATION

I, Kymberly E. Speer, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: April 2, 2018 /s/ *Kymberly E. Speer*

## ORDER

Pursuant to stipulation and good cause appearing therefor, the deadline for completing an Early Neutral Evaluation is extended to June 1, 2018. Status conference is reset from 4/24/18 to 6/21/18 at 10:30 a.m.

DATED: 4/9/18



EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

OK2017901523
Joint stip to extend time for ENE.doc