1  XAVIER BECERRA
   Attorney General of California
2  JEFFREY R. VINCENT
   Supervising Deputy Attorney General
3  KYMBERLY E. SPEER
   Deputy Attorney General
4  State Bar No. 121703
   1515 Clay Street, 20th Floor
5  P.O. Box 70550
   Oakland, CA 94612-0550
6  Telephone: (510) 879-0985
   Fax: (510) 622-2270
7  E-mail: Kymberly.Speer@doj.ca.gov

8  *Attorneys for Defendant CHP Officer Landon Matson*

9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  **STUART BRIGGS,** | 3:17-cv-04973-EMC |
| 15                           Plaintiff, | **STIPULATION OF DISMISSAL** |
| 16        **v.** | |
| 17  **LANDON MATSON, INDIVIDUALLY** | Courtroom: 5<br>Judge: The Honorable Edward M. Chen |
| 18  **AND IN HIS CAPACITY AS A CHP OFFICER, ET AL.,** | Trial Date: March 4, 2019<br>Action Filed: August 25, 2017 |
| 19 | |
| 20                          Defendants. | |

21

22        IT IS HEREBY STIPULATED by and between the parties to this action through their

23  designated counsel that the above-captioned action be and hereby is dismissed with prejudice

24  pursuant to FRCP 41(a)(1).

25

26        ///

27        ///

28        ///

1

Dated: May 17, 2018

Respectfully submitted,

LAW OFFICES OF JOHN L. BURRIS

By: /s/ *James Cook*
JOHN L. BURRIS, ESQ.
BEN NISENBAUM, ESQ.
JAMES COOK, ESQ.
Attorneys for the Plaintiff STUART
BRIGGS

Dated: May 17, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General

/s/ Kymberly E. Speer
KYMBERLY E. SPEER
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ATTORNEY ATTESTATION**

I, Kymberly E. Speer, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: May 17, 2018                                    /s/ Kymberly E. Speer

OK2017901523
Stipulation of Dismissal.docx

2